**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FREDY SOSA, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:20-cv-04247 |
| v. | ) ) | Hon. Marvin E. Aspen |
| ONFIDO, INC., a Delaware corporation, | ) ) | |
| Defendant. | ) | |

**DEFENDANT'S RULE 12(B)(6) MOTION TO DISMISS**

Defendant, Onfido, Inc. ("Onfido"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully moves this Court to dismiss Plaintiff Fredy Sosa's claims in his Class Action Complaint (Doc. 1-1) ("Complaint") with prejudice for failure to state a claim for four independent reasons. First, the Illinois Biometric Information Privacy Act ("BIPA"), 740 ILCS 14/1 *et seq.*, expressly states that photographs and information derived from photographs are not covered by the statute. Second, Plaintiff does not state a claim for $5,000 in liquidated damages because Plaintiff does not plead facts from which to reasonably infer that Onfido intentionally or recklessly violated BIPA. Third, Plaintiff does not state a claim for $1,000 in liquidated damages because Plaintiff does not plead facts from which to reasonably infer that Onfido negligently violated BIPA. Fourth, BIPA is an unconstitutional restraint on speech in violation of the First Amendment. Support for this motion is found in the accompanying memorandum of law.

Dated: September 15, 2021

ONFIDO, INC.

By: /s/ *Bonnie Keane DelGobbo*

Bonnie Keane DelGobbo
(bdelgobbo@bakerlaw.com)
Amy L. Lenz
(alenz@bakerlaw.com)

BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606-2841
Telephone: (312) 416-6200

Joel Griswold
(jcgriswold@bakerlaw.com)
BAKER & HOSTETLER LLP
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801-3432
Telephone: (407) 649-4088

*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, certifies that she filed and served the foregoing document

via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Parties may access the filing through the Court's CM/ECF system.


/s/ *Bonnie Keane DelGobbo*

3