UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FREDY SOSA, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 20-cv-4247 |
| v. | ) ) | Judge Marvin E. Aspen |
| ONFIDO, INC., a Delaware corporation, | ) ) | |
| Defendant. | ) | |

**ORDER**

Pursuant to 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 5.1(b), the Court certifies to Kwame Raoul, the Illinois Attorney General, that the constitutionality of an Illinois statute affecting the public interest has been questioned in the above-captioned case. Specifically, Defendant Onfido, Inc. argues in its motion to dismiss Plaintiff Fredy Sosa's Complaint and supporting memorandum that Illinois's Biometric Information Privacy Act ("BIPA"), 740 Ill. Comp. Stat. 14/1 *et seq.*, violates the First Amendment of the United States Constitution. (*See* Dkt. Nos. 45, 46.) Illinois may intervene in the above-captioned case to present evidence and argument regarding BIPA's constitutionality. If Illinois chooses to intervene and defend BIPA's constitutionality, it shall do so by November 22, 2021. The Clerk is directed to mail a copy of this order to the Office of the Illinois Attorney General, 100 West Randolph Street, Chicago, Illinois 60601. It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated: October 22, 2021