**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| FREDY SOSA and ROHITH AMRUTHUR, individually and on behalf of all others similarly situated, | |
| *Plaintiffs*, | Case No.: 20-cv-04247 |
| | Honorable Marvin E. Aspen |
| v. | |
| ONFIDO, INC., a Delaware corporation, | |
| *Defendant*. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
MEMORANDUM OF LAW IN EXCESS OF FIFTEEN PAGES, *INSTANTER***

Plaintiffs Fredy Sosa and Rohith Amruthur ("Plaintiffs"), by and through their undersigned counsel, hereby respectfully request that the Court enter an order granting them leave to file a Motion for and Memorandum in Support of Preliminary Approval of Class Action Settlement ("Motion for Preliminary Approval") in excess of the Court's fifteen (15) page limit, *instanter*. In support, Plaintiffs state as follows:

1.      Concurrent with this motion, Plaintiffs have filed their Motion for Preliminary Approval. (*See* Exhibit A, attached hereto.)

2.      However, in order to adequately address (i) the factual and procedural posture of the case; (ii) the terms of the Parties' proposed Settlement;[1] (iii) the appropriateness of certifying the two proposed Settlement Classes for settlement purposes and appointing Plaintiffs' attorneys as Class Counsel; (iv) the fairness, adequacy, and reasonableness of the proposed Settlement;

---

[1]      The capitalized terms used in this motion are those used in the Class Action Settlement Agreement (the "Settlement" or "Agreement"), attached to Plaintiffs' Motion for Preliminary Approval as Exhibit 1.

and (v) the details of the proposed Notice plan; Plaintiffs' Motion for Preliminary Approval is in excess of the Court's fifteen (15) page limit. Because such motions must address both the Rule 23(e)(2) factors for analyzing settlements and the propriety of class certification, they tend to be overlength. Plaintiffs have nevertheless endeavored to address the issues as succinctly as possible.

3.      Specifically, Plaintiffs' Motion for Preliminary Approval includes a total of thirty-eight (38) pages of substance.

4.      Good cause exists to grant this motion, and the relief requested herein is not sought for any improper purpose.

5.      Prior to filing this motion, Plaintiffs' counsel conferred with counsel for Defendant Onfido, Inc., and Defendant has no objection to the request.

**WHEREFORE**, Plaintiffs Fredy Sosa and Rohith Amruthur respectfully request that the Court enter an Order (i) granting them leave to file their Motion for and Memorandum in Support of Preliminary Approval of Class Action Settlement, the substance of which shall not exceed thirty-eight (38) pages, and (ii) providing such other and further relief as the Court deems reasonable and just.

Respectfully submitted,

**FREDY SOSA** and **ROHITH AMRUTHUR**, individually and on behalf of all others similarly situated,

Dated: March 10, 2023

By: /s/ Schuyler Ufkes

One of Plaintiffs' Attorneys

J. Eli Wade-Scott
ewadescott@edelson.com
Schuyler Ufkes
sufkes@edelson.com
EDELSON PC

350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378