IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FREDY SOSA and ROHITH AMRUTHUR, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br> v.<br><br>ONFIDO, INC., a Delaware corporation,<br><br>    *Defendant*. | Case No.: 20-cv-04247<br><br>Honorable Marvin E. Aspen |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE MOTION
AND MEMORANDUM OF LAW IN EXCESS OF FIFTEEN PAGES**

  Plaintiffs Fredy Sosa and Rohith Amruthur ("Plaintiffs"), by and through their undersigned counsel, hereby respectfully request that the Court enter an order granting them leave to file their Motion and Memorandum of Law for Attorneys' Fees, Expenses, and Incentive Awards (the "Fee Petition") in excess of the Court's fifteen (15) page limit. In support of this motion, Plaintiffs state as follows:

  1. Concurrent with this motion, Plaintiffs have filed their Fee Petition and the exhibits attached thereto. (*See* Exhibit A.)

  2. However, in order to adequately address (i) the factual and procedural posture of the case, (ii) the benefits obtained for the Settlement Classes, (iii) the methods of assessing an appropriate fee award and the support therefore, (iv) Class Counsel's fee request and the analysis under the appropriate method, and (v) Plaintiffs' request for incentive awards, Plaintiffs' Fee Petition exceeds the Court's fifteen-page limit.

  3. Specifically, Plaintiffs' Fee Petition includes a total of thirty (30) pages of substance.

1

4. Prior to filing this motion, Plaintiffs' counsel conferred with counsel for Defendant Onfido, Inc., and Defendant has no objection to the request.

5. Good cause exists to grant this motion and the relief requested herein is not sought for any improper purpose.

WHEREFORE, Plaintiffs Fredy Sosa and Rohith Amruthur respectfully request that the Court enter an Order (i) granting them leave to file their Motion and Memorandum of Law for Attorneys' Fees, Expenses, and Incentive Awards, which shall not exceed thirty (30) pages of substance, and (ii) providing such other and further relief as the Court deems reasonable and just.

        Respectfully submitted,

        **FREDY SOSA** and **ROHITH AMRUTHUR**,
individually and on behalf of all others similarly situated,

Dated: September 15, 2023        By: /s/Schuyler Ufkes
           *One of Plaintiffs' attorneys*

        J. Eli Wade-Scott
        ewadescott@edelson.com
        Schuyler Ufkes
        sufkes@edelson.com
        EDELSON PC
        350 North LaSalle Street, 14th Floor
        Chicago, Illinois 60654
        Tel: 312.589.6370
        Fax: 312.589.6378